**Edward LAWRENCE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99013.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 26, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 2013.

Application for Transfer Denied May 28, 2013.

Edward V. Lawrence, Jefferson City, MO, pro se.

Chris Koster, Shaun J. MacKelprang, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and THOMAS C. CLARK II, S.J.

### ORDER

PER CURIAM.

Edward Lawrence appeals the denial of his Motion to Reopen his previous motion for post-conviction relief, filed under Mo. R.Crim. P. 27.26 (1986). We have reviewed the briefs of the parties and the record on appeal, and we conclude an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Rule 84.16(b).